UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/16/2025_
```

JEREMY MURRAY,

                    Plaintiff,

          -v-

MADISON SECURITY GROUP, INC.,

                    Defendant.

**ORDER**

24-CV-7080 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court received the parties' September 15, 2025 joint status report, ECF No. 27, in which the parties request a second extension of the September 30, 2025 fact discovery deadline without any explanation as to what discovery remains outstanding or how the parties plan to complete it.

Accordingly, a case management conference is scheduled on **September 23, 2025**, at **10:30 a.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 765 273 430#).

**SO ORDERED.**

Dated: September 16, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1