UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2025
```

JEREMY MURRAY,

            Plaintiff,

-v-

MADISON SECURITY GROUP, INC.,

            Defendant.

**ORDER**

24-CV-7080 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a case management conference to discuss the status of discovery in this case. As discussed during the conference, the deadline for all fact discovery is extended 60 days to **November 29, 2025**.

    By **September 26, 2025**, Defendant is directed to propose dates for the four outstanding depositions and the parties should confer to schedule those depositions.

    By **October 23, 2025**, the parties are directed to meet and confer regarding a schedule for expert disclosures, including whether expert discovery is needed at all.

    By **October 27, 2025**, the parties are directed to submit a joint status report addressing the status of fact discovery and the parties' proposed expert discovery schedule.

**SO ORDERED.**

Dated: September 23, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1