UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

JEREMY MURRAY,                                     :

                               :

               Plaintiff,                        :          24-CV-07080 (JAV)

                               :

      -v-                                       :          <u>ORDER OF DISMISSAL</u>

                               :

MADISON SECURITY GROUP, INC.,                     :

                               :

               Defendant.                        :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court having been advised at ECF No. 35 that all claims asserted herein have been

settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED

and discontinued without costs, and without prejudice to the right to reopen the action **within**

**sixty days** of the date of this Order if the settlement is not executed.

      To be clear, any application to reopen **<u>must</u>** be filed **<u>within sixty days of this Order</u>**; any

application to reopen filed thereafter may be denied solely on that basis.  **Requests to extend the**

**deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any

settlement agreement, they **<u>must</u>** submit the settlement agreement to the Court by the deadline to

reopen.  The Court shall retain jurisdiction for the purpose of enforcing a settlement agreement

that is submitted to the Court by the deadline to reopen, is "so ordered" by the Court, and is filed

on the docket in this matter.  Unless the Court orders otherwise, the Court will not retain

jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:  October 30, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge